HARSHAD P. DESAI
P.O.BOX # 150,
699 NORTH MAIN STREET.
PANGUITCH, UT 84759
(P) 435-676-8844.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**
**351 South West Temple, Room # 1-100, SLC, UT 84101**
**(P) 801-524-6100**

| | |
|---|---|
| HARSHAD P. DESAI (*pro se*)<br>(Plaintiff)<br><br>v.<br><br>GARFIELD SCHOOL DISTRICT.<br>(Defendant)<br><br>April Lefevre - The board member.<br>Curtis Barney - The board member.<br>Ralph Perkins - The board member.<br>Jared Brems - The board member.<br>Myron Cottam - The board member.<br><br>Co-Defendants [ Governing Body Members with executive and legislative powers ] | **COMPLAINT,**<br>**PRAYER FOR RELIEF, AND JURY DEMAND**<br><br>Case No.<br><br>Magistrate Judge:<br><br>Case: 4:23-cv-00103<br>Assigned To : Kohler, Paul<br>Assign. Date : 11/1/2023<br>Description: Desai v. Garfield School District et al |

FILED US District Court-UT
NOV 01 '23 PM03:14

**SUMMARY.**

(1) In nuts and bolt form – The plaintiff ( HARSHAD P. DESAI) was discriminated

( a local white woman with conviction record + extremely low education was

hired over the Plaintiff. The plaintiff followed due process ( filed with Utah

Anti-Discrimination Labor Division). UALD found the defendant ( Garfield

1.

School District) guilty of discrimination practice. The defendant then retaliated and banned the plaintiff from entire system of education to seek any kind of opportunity (thru coercive, illegal, invalid agreements).

(2) Case # 8030135  [ HARSHAD P. DESAI ( plaintiff ) vs. Garfield School District (defendant )]. The defendant was convicted of discrimination practice. See EXHIBIT #  5 ( Determination and order of Case # 8030135).

(3)  The defendant drafted an agreement (EXHIBIT # 6) banning the plaintiff from any employment (paid or unpaid) from entire state of Utah.

(a)  The plaintiff was in India taking care of his mother's death.
The plaintiff signed the agreement when he was under stress of family matters + relied on professional skill of the lawyer.

(b)  Case # 8030135 ----- limited to 2004 (Plaintiff was discriminated) thru 2009 (Court's determination, findings, and order).

(c)  The agreement was in connection to Case # 8030135 (limited to 2004 thru 2009). So the agreement was limited to 2004 thru 2009.

(d) The Agreement – December 05, 2009. ------- item # 3, 4, 5.
The Agreement – December 05, 2009 ------ item # 6, 7 need to be applied. Once item # 3, 4, 5, 6, 7 are removed ( based on lack of standing) from the agreement, the application of agreement is fruitless. The defendant

2.

governing body of Garfield School District) is engaged in personal gains avoiding required performance.

(e ) The agreement was / is reflection of

    (i)    Coercion by defendant. The defendant included item # 3,4,5,6,7 in the agreement knowing that it would lack standing making the agreement fruitless.

    (ii)    Egoism, Arrogance, etc. ( "we are governments", "we have public resources", etc.) of the defendant.

    (iii)    Retaliation by defendant. The agreement (punishment) is for plaintiff's exercise of his constitutional right [ Amendment # 5 - Right to due process)].

- The plaintiff exercised his right (filed with UALD), the respondent (Garfield School District) was convicted of discrimination practice, etc.).

- The defendant was engaged in civil right violation of the plaintiff (14th Amendment).

Please see EXHIBIT # 6 (The Agreement).

(f)  Absence of crime (fault, wrong doing, etc.) to justify ( apply) punishment.

3.

Up side down situation – The defendant was convicted of wrong doing (discrimination practice), the plaintiff was punished (The plaintiff was / is banned from any opportunity in state of Utah / education system, depriving from the plaintiff's constitutional rights, etc.).

(4) The plaintiff

    (A) Registered with SUU (Southern Utah University, cedar city) to get degree in teaching.

    (B) 2005 - Took "Class Room Management" ------ received "A". REF: EXHIBIT # 9.

    (C) The petitioner was forced to drop the pursuit because of invalid / illegal agreement.

## PARTIES AND JURISDICTIONS

(1) Plaintiff:  HARSHAD P. DESAI

    (a) US Citizen.

    (b) Brown in Skin Color, Hindu by religion, Immigrant from India.

    (c) M. S. in Engineering from University of Massachusetts.

    (d) Lives in Panguitch, Garfield County, Utah 84759 since 1992.

(2) (a) Defendant(s):  GARFIELD SCHOOL DISTRICT (A public entity located in STATE OF UTAH.).

4.

(b) Co-Defendants: Governing Body with executive and legislative power (all

stationed to work in Garfield County, UT – The district Office in

Panguitch, UT 84759).

    (i)    April Lefevre -  The board member.

    (ii)   Curtis Barney - The board member.

    (iii)  Ralph Perkins - The board member.

    (iv)   Jared Brems - The board member.

    (v)   Myron Cottam - The board member.

(3)  The events and circumstances giving rise to this Complaint occurred in STATE

OF UTAH.

(4)  Jurisdiction:

    (a)  Garfield School District (a public entity, part of State of Utah).

       State of Utah is part of USA (Federal Judicial District).

    (b)  US EEOC's Determination and Notice of Rights ( dated August 15,

       2023) ----- received on August 20, 2023. ------ "Right to sue within 90

       days (from receipt of the notice).    REF: EXHIBIT # 4.

(5) Venue: FEDERAL COURT in Salt Lake City, Utah.

### ALLEGATIONS.

(1) The defendant is engaged in violation of Title VI.

(a) The plaintiff is brown in skin color, Hindu by religion, immigrant from India.

(b) Defendant is public entity which is maintained by all kinds people irrespective of color, religion, ganger, age, etc.

(2) 5th Amendment – "Right to due process". The plaintiff used 5th amendment and litigated the defendant for activities of discrimination.

(a) The defendant was convicted of discrimination. EHIBIT # 5.

(b) The defendant coerced the plaintiff (forced the plaintiff to sign invalid agreement).

(c) The defendant was knowingly engaged in illegal activities like but not limited to malice, retaliation, black listing, etc.

(3) The defendant is in violation of US Constitution ( Bill of Right - Amendment 8 "The 8th Amendment guarantees that punishments will be fair, and not cruel, and that extraordinarily large fines will not be set."

Please see EXHIBIT # 5 (Court's findings, ruling, and order)  vs. the agreement EXHIBIT # 6 .

(a) Defendant's punishment to plaintiff for what wrong doing ?

(b) Defendant (convicted party) is punishing plaintiff who stood up, exercised his constitutional rights, etc.

(4) Amendment 14 guarantees - The <u>Fifth Amendment</u> and  <u>Fourteenth Amendment</u> to the United States Constitution declare that governments  cannot deprive any person of "life, liberty, or property".

    (a) The defendant was convicted of wrong doings ( illegal activities).

    (b) The plaintiff followed due process and received judgement in his favor.

    (c)  The defendant was engaged in coercion, black listing, bullying, agenda, targeting, retaliation, etc. (which are prohibited activities).

    (d) The Defendants continue to fail to respond and justify banning the petitioner across the board.

(5) Garfield School District (with >200 employees) has no EEO-4 records.

    (a) Public entity with total of 200 employees must have employment body record based on race, national origin, gender, age (range), etc., vs. compensations (range), titles, etc.

    (b) The defendant has >97% work force composed of local whites. Policy – "Local White Only".

    (c) The defendant being public entity, who is in position ( mainly teachers) without required license is public record. The defendant is engaged in obstruction practice denying the plaintiff to such records.

(6) The defendant is engaged in Exclusion approach for personal gains.

(a) HARSHAD P. DESAI is only person in this county who exercise his civil / constitutional rights, do research, access public records, ask questions, use GRAMA, publish articles in local media, etc.

HARSHAD P. DESAI is considered nail in head / thorn in bed.

(b) The plaintiff (with micro-minority, outsider status) is difficult to twist arms of in time of need ( for activities like cover up, etc.).

(c) Garfield County - political hold [ >90% white, <5,000 total population in 1990 and 5,000 in 2020, >90% republican, >90% Christians, >85% institutional jobs ( city, county, education, prison, hospital, state, federal, etc.) ].

(d) For decades the district has problem of having licensed teachers (excuse used – lack of availability, etc.)

This is an excuse used to justify it's backward / illegal practice of "local white only".

NOTE: Budget of the defendant is bigger than some African and Asian countries (entire education system).

(e) The system (respondent) is engaged in wasting public resources not to have qualified people in the system for personal gains.

(7) Lack of spine (in governing body members) to do required job for personal gains. Wrong priorities – prioritizing what voters (parents) want which is not in best interest of "System of Education", "kids" in long term.

Immunity laws –

(i) Governing body members, authorities, etc; are protected for carrying out policies, rules, etc. ( irrespective of legal status of the policy).

Example – "No Asian, Hispanic, Black allowed" ---- as an established policy of any entity, authorities, governing body member, etc; are protected under immunity law for enforcing the policy.

(ii) Governing body members, authorities, etc; are not protected for carrying out their own policy, rule, etc.

Example – "Equal Opportunity Employer" -------- as an established policy of any entity, authorities, governing body member, etc; are not protected under immunity law ( but face individual liability) for creating their own outside of the frame work of the policy (like but not limited to "I don't like LGBTQ, my religion does not allow me to approve LGBTQ, my voters don't like LGBTQ people, etc." ).

9.

Precedent -

Wendy vs. Nebo School district (Utah) –
(1) constituents (parents / majority White Mormons) of Nebo School District intimidated the school  board ( body of members). --------- to fire Wendy ( a  lesbian teacher).
(2) The board intimidated superintendent who failed to do his duty (fired Wendy).
(3) Utah AG argued (based on norm to throw everything hoping to stick something) – Mormon culture (disapproval of homosexuality, etc. ).
(4) The federal district court ruled in favor of Wendy ( a lesbian teacher).
(5) Dereliction of duty - Failure to do required job for personal gains. Governing body (the school board members + superintendent) failed to have professionalism + independent product (performance) + failed to generate high quality product.

(8) 2021 ----- DOJ investigation / audit  ------ Findings.

   (a) Racism in prevalent and thriving in system of education (Utah)

   (b) Nothing is done to eradicate racism in the system.

      REF. EXHIBIT # 12.

(9) When low level people in majority and thereby in authority, micro-minority with progressive, civilized, professional, etc; has unnecessary uphill battle and subjected to face evils of activities to deprive, exclude.

In 2009 –
(a) The accountant was embezzling large amounts from Garfield School District.
(b) The board was sleeping. The board was struggling to cover it up.
(c) TV-5 in Salt Lake City exposed the cesspool and the board was engaged in having their heads in sand (looking for basement to hide).
(d) Independent auditors (state mandate – audit by independent auditors on annual basis) ----- green lights on annual basis (by independent auditors).
(e) State audit ------ in 2009 ------- covering 2004 thru 2009 -------- exposed huge cesspool.

(10)   Judges in administrative court ( Utah Anti-Discrimination Labor Division )

10.

failed to produce quality product.

(a) In August 2009, Judge Cheryl D. LUKE ( case # 8030135) failed to

notice invalidities in "The Agreement" and reject it. REF: EXHIBIT # 5

vs. EXHIBIT # 6.

Precedent –

Klinton Ralph Chynoweth ( convicted felon, employee of Garkane Energy, 6th District Court) ----- Settlement -------- 4 felonies were water down to 2 misdemeanor (150 hours of community services). ------- 6th District Judge Marvin Bagley smelled skunk ("It just seems to me that there is something going on in background" -------- "Judge Bagley expressed concern that the full process of justice had not been fully allowed to play out and his concerns for a potential 'miscarriage of justice'"). ------- Judge Bagley put the case back on docket.
REF: EXHIBIT # 13.

(b) In 2022, Judge Todd Newman ( Utah Anti-Discrimination Labor

Division) failed to see invalidities, lack of standings, etc; of "The

Agreement" and allowed the defendant to enjoy unfair advantage.

Precedent –

Jeffrey Edward Epstein – criminal ( sex with underage girls, broker for big names like UK's prince Andrews, etc.) ------- convicted ----- Us attorneys -------- water down the case (>15 felony charges) --- Jeffrey Edward Epstein walked with very little to none punishment ( couple of months in prison).

Other judge ( after >5 years) reopened the case ------- Jeffrey Edward Epstein hung himself in the prison cell. 5th amendment right (double jeopardy) did not apply as the case was based on corruption, illegality, cover up, etc. ---------- the previous settlement wasn't approved by then judge + victims were not in loop.

(11) Defendant cannot do required job ( culture of intimidation, community

pressure, etc.) for personal gains making plaintiff to pay dearly.

(a) The system of education feeds on state and federal fundings.

(b) State of Utah Legislature –

Licensed teacher = an applicant with college degree from

accredited college or university.

(c ) Defendant's culture of 1900 ----- "This is ours. Only our kind in the

loop". ----- Anti-diversity culture. REF: EXHIBIT # 10.

(d) Defendant's policy -

"Keep out ones who are proponents of constitutional rights,

exercise constitutional rights, believe in exposure of facts

over cover up, etc.        REF: EXHIBIT # 11.

(e) Utah ---- System of education – in top 5 (not in bottom 5) ------ White

female teachers are rapist to white kids (students).

(f) (i)  Garfield County, UT ---- 5,000 population in 1990 ---- 5,000

population in 2020.

----- >85% local whites. >85% Christians, etc.

---- 90% institutional jobs ( city government, county

government, state government, federal government (

BLM, National Forest, Post Office, etc.).

12.

(ii) Location – rural, remote, mountain region.

(iii ) Absence ----- media ( Radio, TV stations, etc.)

(iv)  HARSHAD P. DESAI ( petitioner) is not crying ( HARSHAD

lives in Panguitch since 1992). ------- navigating in the

cesspool.

This is about clean swimming pool vs. cesspool in need of

chemical treatment.

(v) Above (i) + (ii) + ( iii )

= breeding ground for evils ( obstruction, cover up,

harassments, opacities, black listing, retaliation,

violations of laws, etc.).

= Interpenetration in employments.

Like – "Father works in city, mother works in county, son

works in bank, daughter works in county hospital,

son-in-law works in school, daughter-in-law works

in federal ( BLM, etc.), ----------------.".

(12) ) The petitioner

(A) Registered with SUU (Southern Utah University, cedar city)

to get degree in teaching.

13.

(B) 2005 - Took "Class Room Management" ------ received "A".

REF: EXHIBIT # 9.

(C) The petitioner was forced to drop the pursuit because of invalid / illegal agreement.

(13) (a) There is also an angle ( overly simplified approach for personal benefits) like "Lets not have drama (like shoot out, etc.)".

(b) 1995 thru today (2023) – When a local white kid harasses a minority kid ( like calling "N"), defendant's policy is to call the kid, ask him / her to go to victim kid and apologize. In this homogeneous and micro system, suspending the kid, etc; are not in policy.  There is also, no record keeping system of such incidents.

(c) Clear agenda – "The plaintiff is not our [Garfield School District employment body / system and (associated with us from outside like parents, community leaders, etc.) ] type.

(d)  2021 ----- DOJ investigation / audit ------ Findings ------- (a) Racism is prevalent and thriving in system of education (Utah) (b) Nothing is done to eradicate racism in the system.

(e)  FBI report - Southern Utah is far more racist than northern Utah. Inner Southern Utah (rural, remote, mountain regions with

14.

homogeneous with sparse population is worse in racism.

(14)   (a) UALD case # 8030135  (2004 thru 2009) – Judge Cheryl Luke –

convicted Garfield School District and issued following orders. REF:

EXHIBIT #5.

ORDER – Case # 8030135 – August 27, 2009 – Judge Cheryl Luke.

**IT IS THEREFORE ORDERED** that Respondent approve and place Mr. Desai on the list of qualified substitutes authorized to substitute teach in the Garfield School District, effective immediately, with no loss of pay, benefits, or seniority.

**IT IS THEREFORE ORDERED** that respondents ensure that Mr. Desai is called to serve as a substitute teacher at least as frequently as the average number of calls given to the other individuals on Respondent's list of approved substitutes.

**IT IS THEREFORE ORDERED** that the Respondents pay Mr. Desai compensation based on a calulation using pay records for substitute teachers from October 2001 to July 2009. In which the District will find the average pay for a substitute (using all substitutes on the payroll) on a year to year basis and pay Mr. Desai that average amount for each year from October 2001 to July 2009 with interest calculated at a rate of 10% per annum.

**IT IS THEREFORE ORDERED** that the Respondent implement and monitor existing policies to prevent future occurrence of discriminatory activity.

**IT IS THEREFORE ORDERED** that there will be no retaliation against Mr. Desai for having exercised his right to file this case and that any file maintained on Mr. Desai be expunged of all documentation pertaining to his charge of discrimination other than as may be required for legal purposes.

**IT IS THEREFORE ORDERED** that Attorney's for Petitioner shall have 15 days from the date of this order to file an attorneys' fee affidavit with state statement of costs in anticipation of a supplemental Order awarding attorneys' fees and costs to the petitioner in this matter.

**IT IS THEREFORE ORDERED** that Respondent, Garfield School District shall have 10 days from the date of Petitioner's filing of the attorneys' fees affidavit with statement of costs to file any objection thereto.

*15.*

(b) October 2009 thru Dec. 2009 - The petitioner ( HARSHAD P. DESAI) was in India ( attending death of his mother).

    (i)      HARSHAD P. DESAI was under mental stress.

    (ii)     HARSHAD P. DESAI trusted his lawyers (STRINDBERG & SCHOLNICK, LLC) for their skills, expertise, ethics, morals, etc.

    (iii)    Per orders – HARSHAD's lawyers received their service fees + payments due to HARSHAD.

    (iv)    Coercion – Respondents ( Garfield School District) represented by the State of Utah / Attorney General created an AGREEMENT which was unnecessary, invalid, illegal ( For HARSHAD P. DESAI to sign – thru his lawyers STRINDBERG & SCHOLNICK, LLC.). REF: EXHIBIT # 6.

(c ) (i) Case # 8030135 ( 2001 thru 2009, Determination of laws, conclusion, orders, etc; vs. AGREEMENT ( coercion, trap, illegal activities, unlawfully depriving HARSHAD P. DESAI from constitutional rights, etc; forever).

    (ii) The agreement is for case # 8030135 ( 2002 thru 2009 discrimination act of the defendant / Garfield School District). Applicability of the agreement beyond 2009 ( case # 8030135) is invalid / prohibited act.

16.

Precedent –

> **Case # 05 -cv - 8136 .**
> US District Court for the Southern District of New York 2005 – 2009
> Authors Guild et al & Association of American Publishers – AAP vs. Google
> Inc.        U.S. District Judge – Denny Chin
>
> Amended settlement –
>    (1) Google to pay $125 million.
>    (2) **Google's claim for blanket protection of future litigation was
>        rejected in amended settlement.**

(iii) Role of State of Utah / Attorney General is to protect public / citizens /

individuals / constituents / taxpayers – not to be bias with governmental

branch.

(iv) State of Utah / Attorney General office was engaged in host of very

serious wrongful activities (knowingly) – protecting convicted party

and harassed, deprived, illegally snatching HARSHAD's (an honest

Utahn) constitutional rights for ever.

## CAUSES OF ACTIONS.

First Cause of Action:

    Deliberate Indifference Under Title VI.

Second Cause of Action:

    Retaliation for exercising US Constitutional right (5Th Amendment).

Third Cause of Action:

17.

Guilty party punishing aggrieved (victim) party.

Fourth Cause of Action:

Amendment 8 - Prohibits excessive fines and excessive bail, as well as cruel and unusual punishment. Here zero crime and all rights (legal and constitutional) are curtailed.

Fifth Cause of Action:

Infringement upon Civil rights of the plaintiff.

Sixth Cause of Action:

Prima Facie and statutory crime by the defendant.

Seventh Cause of Action:

Defendant's performance policy - "LOCAL WHITE ONLY" policy.

REF: EXHIBIT # 10.

## MODE OF TRIAL

Plaintiff demands JURY TRIAL.

## PRAYER FOR RELIEF

Wherefore, Plaintiff prays for judgment against Defendant as follows:

1. For judgment in Plaintiff's favor and against Defendant (GARFIELD SCHOOL DISTRICT) for deliberate indifference as prohibited by Title VI;

2. Determine, recognize, and establish that defendant (Garfield School District) is

18.

engaged in malice, unjust, retaliation, black listing the plaintiff for exercising his constitutional rights.

3. For compensatory, punitive, and consequential damages to be proven at trial exceeding $ 10,000,000.00 which includes;

    (a) For an award of compensatory damages in favor of Plaintiff and against Defendant GARFIELD SCHOOL DISTRICT in an amount to be determined at trial;

    (b) For an award of punitive damages in favor of Plaintiff and against Defendant GARFIELD SCHOOL DISTRICT in an amount to be determined at trial;

    (c) For an award of special damages in favor of Plaintiff and against Defendant GARFIELD SCHOOL DISTRICT for expenses arising out of GARFIELD SCHOOL DISTRICT's violations including but not limited to Title VI, etc.

    (d) For an award of lost income in favor of Plaintiff and against Defendant GARFIELD SCHOOL DISTRICT like average salary of teachers (2009 thru 2023) X period the plaintiff deprived (Aug. 2009 thru conclusion date of the trial).

4. For an order to STATE OF UTAH to remove all negative records on the plaintiff

( HARSHAD P. DESAI) where it is likely to exist like but not limited to

Attorney General of State of Utah, State of Utah / Department of Education, all

school districts in State of Utah, etc.

5. For an award of reasonable attorneys' fees and costs associated with this action;

6. For an award of post-judgment interest as allowed by law;

7. For such other and further relief as the Court may deem just.

8. This court hold governing body ( with executive and legislative authorities)

liable and punish it ( individual governing body members) and provide relief to

the plaintiff as the Court may deem just.

## ATTACHMENTS:

EXHIBIT # 1 – Job Application.

EXHIBIT # 2 – Defendant's (GARFIELD SCHOOL DISTRICT, UT) response.

EXHIBIT # 3 – Plaintiff's filing with UALD (Utah Anti-Discrimination Div.).

EXHIBIT # 4 – UALD's Determination, decision, and Order.

EXHIBIT # 5 – Case # 8030135 – Order. – Defendant ( GARFIELD SCHOOL

DISTRICT) was convicted of discrimination practice.

EXHIBIT # 6 – Illegal, invalid Agreement (malice, retaliation, unjust, ill will ).

EXHIBIT # 7 – Garfield School District's Job Openings.

EXHIBIT # 8 – Teacher shortage – Governor to State Employees to fill schools,

20.

SUB- Crisis, Sub Shortages, import from Philippines.

EXHIBIT # 9 – SUU – grade received  "A" –  for course "Class Room

Management / Diversity"

EXHIBIT # 10 – Land of "WHITE ONLY"

EXHIBIT # 11 – Plaintiff is black listed for exercising FIRST AMENDMENT

rights. "First Amendment" is carved in stone but required to be

visited again and again. ------ 9th U.S. circuit court's ruling ( June

2020) against State of California.

EXHIBIT # 12 – Culture of "Pull Rug Over" + Racism is in human DNA (Racial

harassment, bullying, bigotry, etc; are in the system).

EXHIBIT # 13 – District Judge smelled much more and ordered for lot more ( and

re-started).

EXHIBIT # 14 – Garfield School District Board was sleeping at light switch when

it's business manager was embezzling large sums of money. ------

- Green light by independent auditors for years. ------ State audit

exposed huge cesspool.

EXHIBIT # 15 – The plaintiff is not a crybaby. He swallowed / ignored countless

incidents ( in this homogeneous, rural, remote, mountain region)

over decades.

EXHIBIT # 16 – Discrimination, egoism, pseudo ownership of public entity, etc; is

in human blood. ------- Especially in homogeneous, rural, remote,

mountain regions with mindset like "This is Ours".

EXHIBIT # 17 – Retaliation is hidden hammer in public systems worldwide. ----

Retaliation by U of U, Culture of Retaliation.

11-01-23

11- 01 - 2023

22.

# MAILING CERTIFICATE:

I hereby certify that I [    ] mailed   [  ] faxed   [    ] emailed [    ] hand delivered   [ **X** ] served  a true and correct copy of the " **COMPLAINT, PRAYER FOR RELIEF, AND JURY DEMAND**" this ___/ ˢᵗ___ day of **NOVEMBER , 2023**  to the followings.

   (1) US District Court / District of Utah

      351 South West Temple, Room # 1-100, SLC, UT 84101 (P) 801-524-6100

   (2)  Within 10 days after filing in Federal Court – thru sheriff service.

    GARFIELD COUNTY SCHOOL DISTRICT

    145 East Center Street, P.O.BOX # 398, Panguitch, UT 84759

    (P) 435-676-6621, (F) 435-676-8266

HARSHAD P. DESAI (the plaintiff)