THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| HARSHAD P. DESAI,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>GARFIELD SCHOOL DISTRICT; APRIL LEFEVRE; CURTIS BARNEY; RALPH PERKINS; JARED BREMS; and MYRON COTTAM,<br><br>　　　　　　　Defendants. | **MEMORANDUM DECISION AND ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 4:23-cv-00103-DN-PK<br><br>District Judge David Nuffer |

　　The Report and Recommendation[1] issued by United States Magistrate Judge Paul Kohler on February 7, 2024 recommends that (1) service on Defendant Garfield School District be quashed; (2) Plaintiff be permitted additional time to properly serve all Defendants; and (3) Plaintiff's motion for an injunction be denied.

　　The parties were notified of their right to file objections to the Report and Recommendation within 14 days of its service pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72.[2] No party filed a written objection to the Report and Recommendation as provided by court rules. Therefore, the analysis and conclusion of the Magistrate Judge are accepted, and the Report and Recommendation is adopted in its entirety.

---

[1] Docket no. 15, filed Feb. 7, 2024.

[2] *Id.* at 5-6.

## ORDER

IT IS HEREBY ORDERED that the Report and Recommendation[3] is ADOPTED in its entirety. Service on Defendant Garfield School District is QUASHED. Plaintiff is permitted an additional 60 days from the date of this Order to properly serve all Defendants. And Plaintiff's motion for an injunction[4] is DENIED.

Signed February 27, 2024.

BY THE COURT

David Nuffer
United States District Judge

---

[3] Docket no. 15, filed Feb. 7, 2024.

[4] Docket no. 10, filed Jan. 2, 2024.