THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| HARSHAD P. DESAI,<br><br>Plaintiff,<br><br>v.<br><br>GARFIELD SCHOOL DISTRICT,<br><br>Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 4:23-cv-00103-DN-PK<br><br>District Judge David Nuffer |

IT IS HEREBY ORDERED AND ADJUDGED THAT

Plaintiff's Amended Complaint and this action are DISMISSED with prejudice.

Signed September 11, 2024.

BY THE COURT

_____
David Nuffer
United States District Judge